# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| RICHARD MUSACCHIA,<br><br>*Plaintiff(s)*<br><br>v.<br><br>NATIONAL FLOOD INSURANCE PROGRAM; FEDERAL EMERGENCY MANAGEMENT AGENCY and DEANNE CRISWELL, in her official capacity as the ADMINISTRATOR OF THE FEDERAL EMERGENCY MANAGEMENT AGENCY; and ALEJANDRO MAYORKAS, in his official capacity as SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

**To:**   ALEJANDRO MAYORKAS, in his official capacity as Secretary of the
U.S. DEPARTMENT OF HOMELAND SECURITY
The Honorable Alejandro Mayorkas
Secretary of the Homeland Security
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Claude F. Reynaud III, LA Bar No. 31534
> R. William Huye, III, LA Bar No. 38282
> MCCLENNY MOSELEY & ASSOCIATES, PLLC
> 1820 St. Charles Ave, Suite 110
> New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date _____                    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court **unless** required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.


Date _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attempted service, etc: